FILED: KINGS COUNTY CLERK 08/10/2020 12:19 PM
NYSCEF DOC. NO. 7

INDEX NO. 507394/2020
RECEIVED NYSCEF: 08/10/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Attorney: HARMON, LINDER & ROGOWSKY, ESQS. - 5

FARID KHIDIROV

                                    Plaintiff(s)

- against -

2 BROTHERS TRUCKING, LLC ET AL

                                   Defendant(s)

Index #: 507394/2020

Purchased: May 25, 2020
Date Filed:

**AFFIDAVIT OF COMPLIANCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 3, 2020 at 10:15 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & VERIFIED COMPLAINT & NOTICE OF ELECTRONIC FILING on 2 BROTHERS TRUCKING, LLC therein named,

**SECRETARY OF STATE**   A Domestic Corporation by delivering thereat two true copies to NANCY DOUGHERTY personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 304 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

**MAILING**   Deponent enclosed a true copy of same in a postpaid wrapper properly addressed to defendant at defendant's last known residence/actual place of business at

195 NEW BRUNSWICK AVE
PERTH AMBOY, NJ 08861

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 4, 2020 by REGISTERED MAIL-RETURN RECEIPT REQUESTED
RECEIPT #RE 190 617 882 US in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'4 | 145 |

Registered mail return envelope was received by deponent on July 27 2020, returned by the U.S. Post Office, marked "return to sender-unclaimed". On July 27 2020, a true copy of said Summons and Verified Complaint and Notice was mailed to defendant at said address by first class mail with certificate of mailing

Sworn to me on: July 27, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**STEVEN C AVERY**

Docket #:   *1156778*

FILED: KINGS COUNTY CLERK 08/10/2020 12:19 PM
NYSCEF DOC. NO. 7

INDEX NO. 507394/2020
RECEIVED NYSCEF: 08/10/2020

) Broadway
te 1401
w York, NY 10007



**REGISTERED MAIL**

RE 190 617 882 US



2 BROTHERS TRUCKING, LLC
195 NEW BRUNSWICK AVE
PERTH AMBOY, NJ 08861

'ERSONAL AND CONFIDENTIAL

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: GOTHAM PROCESS INC.
299 BROADWAY SUITE 1401
NEW YORK, NY 10007-1907

To: 2 Brothers Trucking LLC
195 New Brunswick Av
Perth Amboy NJ 08861

PS Form **3817**, April 2007 PSN 7530-02-000-9065

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM
NYSCEF DOC. NO. 1

INDEX NO. 507394/2020
RECEIVED NYSCEF: 05/25/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF **KINGS**
-----------------------------------------------------------------x
FARID KHIDIROV,

                                  Plaintiff,

           against

2 BROTHERS TRUCKING. LLC and JOSE F. GARCIA,

                                Defendants.
-----------------------------------------------------------------x

Index No.

## Summons

Plaintiff designates
KINGS County
1270 East Nineteenth Street, #6H
Brooklyn, NY 11230
*The basis of venue designated is*:
Plaintiff(s) residence.

**To the above named Defendant(s)**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, of if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorney(s) within twenty days after the services of this summons exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED: New York, New York
          May 12, 2020

Harmon, Linder & Rogowsky, Esqs.
*Attorneys for Plaintiff(s)*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016

2 Brothers Trucking, LLC
195 New Brunswick Avenue
Perth Amboy, NJ 08861

Jose F. Garcia
195 New Brunswick Avenue
Perth Amboy, NJ 08861

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM                INDEX NO. 507394/2020
NYSCEF DOC. NO. 1                                            RECEIVED NYSCEF: 05/25/2020

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------x
FARID KHIDIROV,
                                                    VERIFIED COMPLAINT
                    Plaintiff,

        -against-

2 BROTHERS TRUCKING. LLC and JOSE F. GARCIA,

                    Defendants.
-----------------------------------------x
```

Plaintiff, complaining of the defendants herein by his attorneys, HARMON, LINDER & ROGOWSKY, ESQS., respectfully sets forth and alleges, as follows:

**AS AND FOR A CAUSE OF ACTION
ON BEHALF OF FARID KHIDIROV**

1. That at the time of the commencement of this action plaintiff was a resident of the County of **KINGS**, State of New York.

2. That at all times herein mentioned defendant, **2 BROTHERS TRUCKING, LLC,** was a corporation authorized to do business in the State of New York.

3. That at all times herein mentioned defendant, **2 BROTHERS TRUCKING, LLC,** was the owner of an automobile bearing registration number **xflx25, State of New Jersey**.

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM                INDEX NO. 507394/2020
NYSCEF DOC. NO. 1                                            RECEIVED NYSCEF: 05/25/2020

4. That at all times herein mentioned defendant, **JOSE F. GARCIA**, was the operator of the aforesaid automobile bearing registration number **xflx25, State of New Jersey**.

5. That at all times herein mentioned defendant, **JOSE F. GARCIA**, was in physical charge, operation, management and control of the aforesaid vehicle owned by the defendant, **2 BROTHERS TRUCKING, LLC**, with the knowledge, consent, and permission, either express or implied of the defendant owner thereof.

6. That at all times herein mentioned plaintiff, **FARID KHIDIROV**, was the operator of an automobile bearing registration number **T654567C, State of New York**.

7. That on the **Twenty-Sixth day of November 2019**, at approximately **10:48 a.m.**, the aforesaid vehicles came into contact with plaintiff's vehicle at **Central Park West**, at or near its intersection with **West Eighty-First Street**, a public street and thoroughfare, in the County of **New York**, State of New York.

8. The defendants so carelessly and negligently operated their aforesaid respective vehicles so as to cause the aforesaid contact.

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM                                INDEX NO. 507394/2020
NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 05/25/2020

9. That as a result of the foregoing, this plaintiff was caused to and did sustain severe and serious injuries and was required to seek and obtain medical care and attention in an effort to cure and alleviate same and, upon information and belief, will be compelled to do so in the future.

10. That the aforesaid occurrence and the injuries sustained by this plaintiff were caused by the negligence of the defendants.

11. That this plaintiff has sustained a serious injury as the same is defined in Subdivision "d" of Section 5102 of the Insurance Law of the State of New York.

12. That this action falls within one or more of the exceptions set forth in Section 1602 of the CPLR.

13. That by reason of the foregoing, plaintiff, **FARID KHIDIROV**, has been damaged in an amount which exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

**WHEREFORE**, plaintiff, **FARID KHIDIROV,** demands judgement against the defendant in the **Cause of Action** in an amount which exceeds the jurisdictional limits of all lower courts that would

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM                                INDEX NO. 507394/2020
NYSCEF DOC. NO. 1                                                          RECEIVED NYSCEF: 05/25/2020

otherwise have jurisdiction; all together with the costs and disbursements of this action.

Dated: New York, NY
       May 12, 2020

HARMON, LINDER & ROGOWSKY, ESQS.
Attorney(s) for Plaintiff(s)
3 Park Avenue, Suite 2300
New York, New York 10016
(212) 732-3665
MJL/mj

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM                                INDEX NO. 507394/2020
NYSCEF DOC. NO. 1                                                     RECEIVED NYSCEF: 05/25/2020

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK)

I, the undersigned, am an attorney admitted to practice in the Courts of New York State, and say that:

I am the attorney of record or of counsel with the attorney(s) of record for plaintiff.

I have read the annexed **SUMMONS AND VERIFIED COMPLAINT** and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief. As to those matters, I believe them to be true. My belief, as to those matters therein not stated upon knowledge is based upon the following: Interviews and/or discussions with the plaintiff(s) and papers and/or documents in the file.

The reasons I make this affirmation instead of the plaintiff is because said plaintiff resides outside of the county from where your deponent maintains his office for the practice of law.

Dated:   New York, New York
         May 12, 2020

_____
Mark J. Linder Esq.

FILED: KINGS COUNTY CLERK 05/25/2020 02:06 PM
NYSCEF DOC. NO. 1
INDEX NO. 507394/2020
RECEIVED NYSCEF: 05/25/2020

Index No.                                                              Year

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF **KINGS**

---

FARID KHIDIROV,

                                                          Plaintiff,

-against-

2 BROTHERS TRUCKING. LLC and JOSE F. GARCIA,

                                                    Defendants.

---

### SUMMONS AND VERIFIED COMPLAINT

---

**HARMON, LINDER & ROGOSWKY, ESQS.**
Attorney for Plaintiff(s)
**3 Park Avenue, 23rd Floor**
**Suite 2300**
**New York, NY 10016**
**(212) 732-3665 Phone**
**(212) 732-1462 Facsimile**

---

To:
Attorney(s) for Defendant

---

Service of a copy of the within Summons and Complaint is hereby admitted.
**Dated:**

                                                   Attorney(s) for

---

PLEASE TAKE NOTICE
☐ Notice of Entry    that the within is a (certified) true copy of a
                          entered in the office of the clerk of the within named Court on
☐ Notice of Settlement
                          that an order of which the within is a true copy will be presented for settlement to the
                          Hon._____, one of the judges of the within named Court, at _____,
                          on _____.

Dated:

                                                   Yours, etc.
                                                   Harmon, Linder & Rogowsky, Esqs.
                                                     *Attorneys for Plaintiff*
                                                     3 Park Avenue, Suite 2300
                                                     New York, NY 10016
                                                     (212) 732-3665